## 9092.  ROME RAILWAY AND LIGHT COMPANY v. JONES.

LUKE, J. This case is here upon the first grant of a new trial. The evidence did not demand the verdict; and it was not error for the court to overrule the motion to dismiss the motion for a new trial, nor was it error to grant a new trial.

> *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
> DECIDED APRIL 10, 1918.

Appeal; from Floyd superior court—Judge Wright. May 31, 1917.

*L. H. Covington, Dean & Dean,* for plaintiff in error.

*Maddox & Doyal,* contra.

---

## 9125.  ROGERS v. JACKSON.

LUKE, J. This case is here upon the first grant of a new trial. The evidence did not demand the verdict, and it was not error for the court to grant the motion for a new trial upon the grounds stated.

> *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
> DECIDED APRIL 10, 1918.

Action upon contract; from Barrow superior court—Judge Cobb. July 13, 1917.

*P. Cooley, Lewis C. Russell,* for plaintiff in error.

*G. A. Johns,* contra.